# Court of Appeals
# of the State of Georgia

ATLANTA,  November 08, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0540.  GEGE ODION v. SHABTAY VARON et al.**

In 2014, the trial court entered a final order granting summary judgment to the defendants in this case. Years later, Gege Odion filed various post-judgment motions, which the trial court dismissed in an ordered entered on February 3, 2017. From that order, Odion filed a notice of appeal in the Supreme Court, purporting to invoke that Court's (former) equity and title-to-land jurisdiction, and the Supreme Court transferred the case to this Court. See Case No. S17A1954 (transferred September 14, 2017).[1] We, however, lack jurisdiction.

This Court previously dismissed Odion's application for discretionary review from the same February 3 order. See Case No. A17D0297 (dismissed March 16, 2017). In light of that dismissal, Odion is barred from seeking further appellate review of the trial court's order. See *Potter-Miller v. Reed*, 302 Ga. App. 199 (2) (690 SE2d 215) (2010) ("The effect of the dismissal of the first appeal from an appealable judgment was to affirm the judgment of the trial court there excepted to and the trial court was without authority to vacate or alter such prior judgment which was res judicata between the parties."); see also *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated ad

---

[1] Effective January 1, 2017, the Supreme Court no longer has direct appellate jurisdiction over cases involving title to land or equity. See OCGA § 15-3-3.1 (transferring from the Supreme Court to the Court of Appeals cases involving title to land, most equity cases, cases involving wills, most cases involving extraordinary remedies, and divorce and alimony cases); see also Ga. L. 2016, p. 883, § 6-1 (effective date).

infinitum. The same is true of appeals of the same issue on the same grounds.").

For this reason, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   11/08/2017*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*